UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT E. CLAYTON, ) | 2:07-cv-01870-GEB |
| ) | |
| Appellant, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| WACHOVIA DEALER SERVICES, INC., ) formerly known as WFS Financial ) Inc., ) | |
| ) | |
| Appellee, ) | |
| ) | |
| UNITED STATES TRUSTEE, ) | |
| ) | |
| Trustee. ) | |

On August 22, 2007, Appellant filed an appeal of the bankruptcy court's rulings. This court reviews the factual findings made by a bankruptcy judge for clear error and conclusions of law de novo. For the reason stated in the bankruptcy court's rulings, the bankruptcy court is affirmed.

IT IS SO ORDERED.

Dated: September 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge

1